| United States Bankruptcy Court | INVOLUNTARY |
|---|---|
| **District of Delaware** | **PETITION** |

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br><br>HSH Delaware L.P. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.) | |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>c/o Wilmington Trust SP Services, Inc.<br>1105 North Market Street, Suite 1300<br>Wilmington, DE 19801 | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>New Castle | 19801<br>ZIP CODE | | ZIP CODE |
|---|---|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
J.P. Morgan, The Private Bank, 500 Stanton Christiana Rd., Newark DE 19713 and Germany

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7 ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br>☐ Individual<br>☐ Corporation<br>☒ Partnership<br>☐ Other | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>    in 11 U.S.C. 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |
|---|---|---|

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS**<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

OFFICIAL FORM 5 – Page 2
Involuntary Petition
(12/07)

## TRANSFER OF CLAIM

☒  Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X_____<br>Director | X_____  9/7/09<br>Signature of Attorney          Date |
| Bernd Nitsche_____  7/9/2009<br>Name of Petitioner      Date Signed | X_____  9/7/09<br>Signature of Attorney          Date |
| Commerzbank AG, Filiale Luxemburg<br>Boîte Postale 265<br>L-2012 Luxembourg | Attn. Bernd Nitsche<br>Commerzbank AG<br>Estrelle II, 3rd Floor<br>Theodor-Heuss-Allee 50<br>60301 Frankfurt am Main<br>Germany | John Kibler<br>Daniel Morse<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 610-6300 |

| | |
|---|---|
| X_____<br>Relationship Director | X_____<br>Signature of Attorney          Date |
| Richard Mayell_____<br>Name of Petitioner      Date Signed | X_____<br>Signature of Attorney          Date |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Lloyds TSB Bank plc, 1st Floor,<br>48 Chiswell Street<br>London, EC1Y 4XX<br>United Kingdom | John Kibler<br>Daniel Morse<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 610-6300 |

| | |
|---|---|
| X_____<br>Director | X_____<br>Signature of Attorney          Date |
| X_____<br>Assistant Director | X_____<br>Signature of Attorney          Date |
| Gary Wilmer & Mathias Kocher____<br>Name of Petitioner      Date Signed | John Kibler<br>Daniel Morse<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 610-6300 |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | ABN AMRO Bank N.V.<br>Gustav Mahlerlaan 10<br>1082 PP Amsterdam<br>The Netherlands | |

| | |
|---|---|
| X_____<br>Head of Distressed Asset Management, London | X_____<br>Signature of Attorney          Date |
| Kenneth Graham Penton___<br>Name of Petitioner      Date Signed | X_____<br>Signature of Attorney          Date |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Calyon<br>Broadwalk House<br>5 Appold Street<br>London EC2A 2DA<br>United Kingdom | John Kibler<br>Daniel Morse<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 610-6300 |

_24_ continuation sheets attached

OFFICIAL FORM 5 – Page 2
Involuntary Petition
(12/07)

## TRANSFER OF CLAIM

☒   Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _____<br>Director | X _____    Date<br>Signature of Attorney |
| Bernd Nitsche<br>Name of Petitioner      Date Signed | X _____    Date<br>Signature of Attorney |
| Commerzbank AG, Filiale Luxemburg<br>Boîte Postale 265<br>L-2012 Luxembourg | Attn. Bernd Nitsche<br>Commerzbank AG<br>Estrella II, 3rd Floor<br>Theodor-Heuss-Allee 50<br>60301 Frankfurt am Main<br>Germany | John Kibler<br>Daniel Morse<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 610-6300 |

| | |
|---|---|
| X _____<br>Relationship Director | X _John Kibler_    9/7/09<br>Signature of Attorney    Date |
| Richard Mayall<br>Name of Petitioner    7/9/09   Date Signed | X _Daniel Morse_    9/7/09<br>Signature of Attorney    Date |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Lloyds TSB Bank plc, 1st Floor,<br>48 Chiswell Street<br>London, EC1Y 4XX<br>United Kingdom | John Kibler<br>Daniel Morse<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 610-6300 |

| | |
|---|---|
| X _____<br>Director | X _John Kibler_    9/7/09<br>Signature of Attorney    Date |
| X _____<br>Assistant Director | X _Daniel Morse_    9/7/09<br>Signature of Attorney    Date |
| Gary Wilmer & Mathias Kocher<br>Name of Petitioner    7 SEPT 09   Date Signed | John Kibler<br>Daniel Morse<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 610-6300 |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | ABN AMRO Bank N.V.<br>Gustav Mahlerlaan 10<br>1082 PP Amsterdam<br>The Netherlands | |

| | |
|---|---|
| X _____<br>Head of Distressed Asset Management London | X _John Kibler_    9/9/09<br>Signature of Attorney    Date |
| Kenneth Graham Penton<br>Name of Petitioner    7/9/09   Date Signed | X _Daniel Morse_    9/9/09<br>Signature of Attorney    Date |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Calyon<br>Broadwalk House<br>5 Appold Street<br>London EC2A 2DA<br>United Kingdom | John Kibler<br>Daniel Morse<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 610-6300 |

_2 of 4_   continuation sheets attached

OFFICIAL FORM 5 - Page 3
Involuntary Petition
(12/07)

X _____
Director, Financial Institutions
Global Restructuring Group

Paul Fillmore                    7 Sept. 2009
Name of Petitioner                Date Signed

Name & Mailing        The Royal Bank of Scotland plc
Address of Individual  280 Bishopsgate
Signing in Representative  London, EC2M 4RB
Capacity              United Kingdom

X _____
Signature of Attorney              Date

X _____
Signature of Attorney              Date

John Kibler
Daniel Morse
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300

---

X _____
Administrator, Amsterdam Branch

X _____
Administrator, Amsterdam Branch

Marinus Pannevis & Henk Siladrecht
Name of Petitioner                Date Signed

Name & Mailing        Landsbanki Islands hf.
Address of Individual  Claude Debussylaan 175-177
Signing in Representative  1082 MC Amsterdam
Capacity              The Netherlands

X _____
Signature of Attorney              Date

X _____
Signature of Attorney              Date

John Kibler
Daniel Morse
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300

---

X _____
Director

X _____
Assistant Director

Gary Wilmer & Mathias Kocher
Name of Petitioner                Date Signed
7 SEPT 09.

Name & Mailing        ABN AMRO Bank N.V., London Branch
Address of Individual  135 Bishopsgate
Signing in Representative  London, EC2M 3UR
Capacity              United Kingdom

X _____
Signature of Attorney              Date

X _____
Signature of Attorney              Date

John Kibler
Daniel Morse
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300

3 of 4 continuation sheets attached

OFFICIAL FORM 5 – Page 3
Involuntary Petition
(12/07)

| | | |
|---|---|---|
| X_____<br>Director, Financial Institutions<br>Global Restructuring Group | X_____<br>Signature of Attorney | ____<br>Date |
| Paul Fillmore_____<br>Name of Petitioner          Date Signed | X_____<br>Signature of Attorney | ____<br>Date |
| Name & Mailing          The Royal Bank of Scotland plc<br>Address of Individual    280 Bishopsgate<br>Signing in Representative  London, EC2M 4RB<br>Capacity               United Kingdom | John Kibler<br>Daniel Morse<br>Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 610-6300 | |
| X_____<br>Administrator, Amsterdam Branch<br>X_____<br>Administrator, Amsterdam Branch | X  John Kibler   9/7/09<br>Signature of Attorney      Date<br>X  Daniel Morse  9/7/09<br>Signature of Attorney      Date | |
| Marinus Pannevis & Henk Sliedrecht<br>Name of Petitioner          Date Signed | John Kibler<br>Daniel Morse<br>Allen & Overy LLP | |
| Name & Mailing          Landsbanki Islands hf.<br>Address of Individual    Claude Debussylaan 175-177<br>Signing in Representative  1082 MC Amsterdam<br>Capacity               The Netherlands | 1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 610-6300 | |
| X_____<br>Director | X_____<br>Signature of Attorney | ____<br>Date |
| X_____<br>Assistant Director | X_____<br>Signature of Attorney | ____<br>Date |
| Gary Wilmer & Mathias Kocher<br>Name of Petitioner          Date Signed | John Kibler<br>Daniel Morse<br>Allen & Overy LLP | |
| Name & Mailing          ABN AMRO Bank N.V., London Branch<br>Address of Individual    135 Bishopsgate<br>Signing in Representative  London, EC2M 3UR<br>Capacity               United Kingdom | 1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 610-6300 | |

424    continuation sheets attached

Name of Debtor  HSH Delaware L.P. _____

Case No. _____

## PETITIONING CREDITORS[1]

| Name and Address of Petitioner | | Nature of Claim: | Amount of Claim |
|---|---|---|---|
| Commerzbank AG, Filiale Luxemburg<br>Boîte Postale 265<br>L-2012 Luxembourg | Attn. Bernd Nitsche<br>Commerzbank AG<br>Estrella II, 3rd Floor<br>Theodor-Heuss-Allee 50<br>60301 Frankfurt am Main<br>Germany | Unsecured claim for amounts owed under Credit Agreement | $5,548,183.81 |
| Lloyds TSB Bank plc, 1st Floor<br>48 Chiswell Street<br>London, EC1Y 4XX<br>United Kingdom | | Unsecured claim for amounts owed under Credit Agreement | $5,548,183.79 |
| ABN AMRO Bank N.V.<br>Gustav Mahlerlaan 10<br>The Netherlands | | Unsecured claim for amounts owed under Credit Agreement | $4,685,133.19 |
| Calyon<br>Broadwalk House<br>5 Appold Street<br>London EC2A 2DA<br>United Kingdom | | Unsecured claim for amounts owed under Credit Agreement | $4,685,132.99 |
| The Royal Bank of Scotland plc<br>280 Bishopsgate<br>London, EC2M 4RB<br>United Kingdom | | Unsecured claim for amounts owed under Credit Agreement | $4,685,132.92 |
| Landsbanki Islands hf.<br>Claude Debussylaan 175-177<br>1082 MC Amsterdam<br>The Netherlands | | Unsecured claim for amounts owed under Credit Agreement | $2,589,152.33 |
| ABN AMRO Bank N.V., London Branch<br>135 Bishopsgate<br>London, EC2M 3UR<br>United Kingdom | | Unsecured claim for amounts owed under Credit Agreement | $83,585.29 |
| | | Total Amount of Petitioners' Claims<br><br>$27,824,504.33 | |

1 of 1 continuation sheets attached

---

[1] The present amounts have been converted from Euro to USD as of September 7, 2009. The conversion rate was used solely for the involuntary petition and does not constitute a binding admission with respect to any claims that may be filed in the case. In addition, the amounts are subject to modification based on ongoing default interest accruals on overdue amounts, fees, expenses, legal costs and other amounts outstanding under the Credit Agreement after September 7, 2009.

**Statement Required Under Fed. R. Bankr. P. 1003(a)**

Calyon is the holder of an unsecured claim in the amount of $4,685,132.99[1] as of September 7, 2009; *__plus__* interest from September 7, 2009; *__plus__* fees and expenses (the "Claim"), under a credit facility agreement, dated October 19, 2006, as amended by an amendment letter dated December 11, 2006 (the "**Credit Agreement**"), between HSH Delaware L.P., as Borrower, ABN AMRO Bank N.V., as Original Lender, and with ABN AMRO Bank N.V., London Branch, as Facility Agent.[2]

Calyon acquired a participation in the Term Loan and the Revolving Credit Loan on January 29, 2007 by way of novation pursuant to transfer certificates (each, a "**Transfer Certificate**") executed by ABN AMRO Bank N.V. and The Royal Bank of Scotland plc respectively, as Existing Lenders, and Calyon, as New Lender. A copy of each Transfer Certificate is attached hereto.

The above transfer in respect of which the Claim arose was not made for the purpose of commencing this involuntary case against HSH Delaware L.P.

Calyon

By: Kenneth Graham Penton
Title: Head of Distressed Asset Management, London

---

[1] The present amounts have been converted from Euro to USD as at September 7, 2009. The conversion rate was used solely for the involuntary petition and does not constitute a binding admission with respect to any claims that may be filed in the case.
[2] Capitalized terms used but not defined in this statement have the respective meanings ascribed to such terms in the Credit Agreement.

# TRANSFER CERTIFICATE

To:     ABN AMRO BANK N.V., LONDON BRANCH as Facility Agent

From:   The Royal Bank of Scotland plc (the **Existing Lender**) and Calyon (the **New Lender**)

Date:   24 January 2007

### HSH DELAWARE L.P. - €19,179,825.63 Credit Agreement
### dated 19 October, 2006 (the Agreement)

We refer to the Agreement. This is a Transfer Certificate.

1.   The Existing Lender transfers by novation to the New Lender the Existing Lender's rights and obligations referred to in the Schedule below in accordance with the terms of the Agreement.

2.   The proposed Transfer Date is 29 January 2007.

3.   The administrative details of the New Lender for the purposes of the Agreement are set out in the Schedule.

4.   The New Lender expressly acknowledges the limitations on the Existing Lender's obligations in respect of this Transfer Certificate contained in the Agreement.

5.   This Transfer Certificate may be executed in any number of counterparts and this has the same effect as if the signatures on the counterpart were on a single copy of the Transfer Certificate.

6.   This Transfer Certificate is governed by English law.

## THE SCHEDULE

**Rights and obligations to be transferred by novation:**

A participation in the Term Loan of €1,511,654.41
A participation in the Revolving Credit of €107,975.31
ᴸOAN.

**Administrative details of the New Lender:**

Address:     Broadawalk House, 5 Appold Street
             London EC2A 2DA
             United Kingdom

Contact:     Erik Bogros
Facsimile:   +44 207 214 7179
Email:       erik.bogros@uk.calyon.com

**THE ROYAL BANK OF SCOTLAND PLC**          **CALYON**

By:                                         By:

The Transfer Date is confirmed by the Facility Agent as 29 January 2007.

**ABN AMRO BANK N.V., LONDON BRANCH**

By.

ST/ST :6d    80:ET ∠0-T0-4Z                 SBR               ∠0ՏԐՏ80∠0Ƶ0 : ʎq ʇuǝs xɐⅎ

THE SCHEDULE

**Rights and obligations to be transferred by novation:**

A participation in the Term Loan of €1,511,654.41
A participation in the Revolving Credit of €107,975.31
                                    ↳ LOAN .

**Administrative details of the New Lender:**

Address:        Broadwalk House, 5 Appold Street
                London EC2A 2DA
                United Kingdom


Contact:        Erik Bogros
Facsimile:      +44 207 214 7179
Email:          erik.bogros@uk.calyon.com


**THE ROYAL BANK OF SCOTLAND PLC**          **CALYON**

By:                                          By:


The Transfer Date is confirmed by the Facility Agent as 29 January 2007.

**ABN AMRO BANK N.V., LONDON BRANCH**

By:

# TRANSFER CERTIFICATE

To:     ABN AMRO BANK N.V., LONDON BRANCH as Facility Agent

From:   ABN AMRO BANK N.V. (the **Existing Lender**) and Calyon (the **New Lender**)

Date:   24 January 2007

### HSH DELAWARE L.P. - €19,179,825.63 Credit Agreement
### dated 19 October, 2006 (the Agreement)

We refer to the Agreement. This is a Transfer Certificate.

1.    The Existing Lender transfers by novation to the New Lender the Existing Lender's rights and obligations referred to in the Schedule below in accordance with the terms of the Agreement.

2.    The proposed Transfer Date is 29 January 2007.

3.    The administrative details of the New Lender for the purposes of the Agreement are set out in the Schedule.

4.    The New Lender expressly acknowledges the limitations on the Existing Lender's obligations in respect of this Transfer Certificate contained in the Agreement.

5.    This Transfer Certificate may be executed in any number of counterparts and this has the same effect as if the signatures on the counterpart were on a single copy of the Transfer Certificate.

6.    This Transfer Certificate is governed by English law.

## THE SCHEDULE

**Rights and obligations to be transferred by novation:**

A participation in the Term Loan of €1,511,654.41
A participation in the Revolving Credit of €107,975.31

**Administrative details of the New Lender:**

Address:     Broadwalk House, 5 Appold Street
             London EC2A 2DA
             United Kingdom


Contact:     Erik Bogros
Facsimile:   +44 207 214 7179
Email:       erik.bogros@uk.calyon.com

ABN AMRO Bank N.V.
ABN AMRO Bank N.V.

By:                                      CALYON

                                         By:

The Transfer Date is confirmed by the Facility Agent as 29 January 2007.

**ABN AMRO BANK N.V., LONDON BRANCH**

By

## THE SCHEDULE

**Rights and obligations to be transferred by novation:**

A participation in the Term Loan of €1,511,654.41
A participation in the Revolving Credit of €107,975.31
LOAN .

**Administrative details of the New Lender:**

Address:    Broadwalk House, 5 Appold Street
London EC2A 2DA
United Kingdom

Contact:    Erik Bogros
Facsimile:  +44 207 214 7179
Email:      erik.bogros@uk.calyon.com

ABN AMRO Bank N.V.
S.P. Manusov
ABN AMRO BANK N.V.          CALYON
Executive Director

By:                        By:

The Transfer Date is confirmed by the Facility Agent as 29 January 2007.

**ABN AMRO BANK N.V., LONDON BRANCH**

By:

M. K. STEVENS
DIRECTOR

**Statement Required Under Fed. R. Bankr. P. 1003(a)**

Commerzbank AG, Filiale Luxemburg is the holder of an unsecured claim in the amount of $5,548,183.81[1] as of September 7, 2009; **_plus_** interest from September 7, 2009; **_plus_** fees and expenses (the "**Claim**"), under a credit facility agreement, dated October 19, 2006, as amended by an amendment letter dated December 11, 2006 (the "**Credit Agreement**"), between HSH Delaware L.P., as Borrower, ABN AMRO Bank N.V., as Original Lender, and with ABN AMRO Bank N.V., London Branch, as Facility Agent.[2]

Commerzbank AG, Filiale Luxemburg acquired a participation in the Term Loan and the Revolving Credit Loan on December 29, 2006 by way of novation pursuant to a transfer certificate (the "**Transfer Certificate**") executed by ABN AMRO Bank N.V., as Existing Lender, and Dresdner Bank AG, Niederlassung Luxemburg (now Commerzbank AG, Filiale Luxemburg,), as New Lender.  A copy of the Transfer Certificate is attached hereto.

The above transfer in respect of which the Claim arose was not made for the purpose of commencing this involuntary case against HSH Delaware L.P.


Commerzbank AG, Filiale Luxemburg

_____
By: Bernd Nitsche
Title: Director

---

[1] The present amounts have been converted from Euro to USD as at September 7, 2009.  The conversion rate was used solely for the involuntary petition and does not constitute a binding admission with respect to any claims that may be filed in the case.

[2] Capitalized terms used but not defined in this statement have the respective meanings ascribed to such terms in the Credit Agreement.

# TRANSFER CERTIFICATE

To:     ABN AMRO BANK N.V., LONDON BRANCH as Facility Agent

From:   ABN AMRO BANK N.V. (the **Existing Lender**) and DRESDNER BANK AG, NIEDERLASSUNG LUXEMBURG (the **New Lender**)

Date:   22 December 2006

## HSH DELAWARE L.P. - €19,179,825.63 Credit Agreement
### dated 19 October, 2006 (the Agreement)

We refer to the Agreement. This is a Transfer Certificate.

1.   The Existing Lender transfers by novation to the New Lender the Existing Lender's rights and obligations referred to in the Schedule below in accordance with the terms of the Agreement.

2.   The proposed Transfer Date is 29 December 2006.

3.   The administrative details of the New Lender for the purposes of the Agreement are set out in the Schedule.

4.   The New Lender expressly acknowledges the limitations on the Existing Lender's obligations in respect of this Transfer Certificate contained in the Agreement.

5.   This Transfer Certificate may be executed in any number of counterparts and this has the same effect as if the signatures on the counterpart were on a single copy of the Transfer Certificate.

6.   This Transfer Certificate is governed by English law.

## THE SCHEDULE

**Rights and obligations to be transferred by novation:**

A participation in the Term Loan of €3,580,234.12
A participation in the Revolving Credit of €255,731.01

**Administrative details of the New Lender:**

Address:      Dresdner Bank AG, Niederlassung Luxemburg
                  6A route de Trèves
                  L-2633 Senningerberg
                  Luxembourg

Contact:      IB Loan Operations Participations - Daniela Janetzki
Facsimile:    +352-34 68 68 377
Email:        LoanOperationsParticipations@dkib.com

**ABN AMRO BANK N.V.**

By:

**DRESDNER BANK AG, NIEDERLASSUNG LUXEMBURG**

By:

Dr. Kai Roderich Bingewald
**Transaction Management**

Barbara Stein
Transaction Management

The Transfer Date is confirmed by the Facility Agent as 29 December 2006.

**ABN AMRO BANK N.V., LONDON BRANCH**

By:

G.J. WILMER
DIRECTOR

**Statement Required Under Fed. R. Bankr. P. 1003(a)**

Landsbanki Islands hf. is the holder of an unsecured claim in the amount of $2,589,152.33[1] as of September 7, 2009; *plus* interest from September 7, 2009; *plus* fees and expenses (the "**Claim**"), under a credit facility agreement, dated October 19, 2006, as amended by an amendment letter dated December 11, 2006 (the "**Credit Agreement**"), between HSH Delaware L.P., as Borrower, ABN AMRO Bank N.V., as Original Lender, and with ABN AMRO Bank N.V., London Branch, as Facility Agent.[2]

Landsbanki Islands hf. acquired a participation in the Term Loan and the Revolving Credit Loan on December 29, 2006 by way of novation pursuant to a transfer certificate (the "**Transfer Certificate**") executed by ABN AMRO Bank N.V., as Existing Lender, and Landsbanki Islands hf., as New Lender. A copy of the Transfer Certificate is attached hereto.

The above transfer in respect of which the Claim arose was not made for the purpose of commencing this involuntary case against HSH Delaware L.P.

Landsbanki Islands hf.

_____
By: Marinus Pannevis
Administrator, Amsterdam Branch

_____
By: Henk Sliedrecht
Administrator, Amsterdam Branch

---

[1] The present amounts have been converted from Euro to USD as at September 7, 2009. The conversion rate was used solely for the involuntary petition and does not constitute a binding admission with respect to any claims that may be filed in the case.

[2] Capitalized terms used but not defined in this statement have the respective meanings ascribed to such terms in the Credit Agreement.

## TRANSFER CERTIFICATE

To:  ABN AMRO BANK N.V., LONDON BRANCH as Facility Agent

From:  ABN AMRO BANK N.V. (the Existing Lender) and LANDSBANKI ÍSLANDS HF (the New Lender)

Date:  22 December 2006

### HSH DELAWARE L.P. - €19,179,825.63 Credit Agreement
### dated 19 October, 2006 (the Agreement)

We refer to the Agreement. This is a Transfer Certificate.

1.  The Existing Lender transfers by novation to the New Lender the Existing Lender's rights and obligations referred to in the Schedule below in accordance with the terms of the Agreement.

2.  The proposed Transfer Date is 29 December 2006.

3.  The administrative details of the New Lender for the purposes of the Agreement are set out in the Schedule.

4.  The New Lender expressly acknowledges the limitations on the Existing Lender's obligations in respect of this Transfer Certificate contained in the Agreement.

5  This Transfer Certificate may be executed in any number of counterparts and this has the same effect as if the signatures on the counterpart were on a single copy of the Transfer Certificate.

6.  This Transfer Certificate is governed by English law.

## THE SCHEDULE

**Rights and obligations to be transferred by novation:**

A participation in the Term Loan of €1,670,775.92
A participation in the Revolving Credit of €119,341.14

**Administrative details of the New Lender:**

| | |
|---|---|
| Address; | Landsbanki Íslands hf<br>Hafnarstræti 5<br>155 Reykjavík<br>Iceland |
| Contact: | Loan Administration - Guðrún Katrín Eiríksdóttir / Edda Gunnarsdóttir / Elín F. Sigurðardóttir |
| Facsimile: | +354 410 3038 |
| Email: | loan.operation@landsbanki.is |

**ABN AMRO BANK N.V.**　　　　　　　**LANDSBANKI ÍSLANDS HF**

ABN AMRO Bank N.v.
S.P. Manusov
Executive Director

ABN AMRO BANK N.V.
Raymond Belmers
Director

STW STOETWER
Managing Director

By:

Nico Vis
Directeur

The Transfer Date is confirmed by the Facility Agent as 29 December 2006.

**ABN AMRO BANK N.V., LONDON BRANCH**

By:

**Statement Required Under Fed. R. Bankr. P. 1003(a)**

Lloyds TSB Bank plc is the holder of an unsecured claim in the amount of $5,548,183.79[1] as of September 7, 2009; *plus* interest from September 7, 2009; *plus* fees and expenses (the "**Claim**"), under a credit facility agreement, dated October 19, 2006, as amended by an amendment letter dated December 11, 2006 (the "**Credit Agreement**"), between HSH Delaware L.P., as Borrower, ABN AMRO Bank N.V., as Original Lender, and with ABN AMRO Bank N.V., London Branch, as Facility Agent.[2]

Lloyds TSB Bank plc acquired a participation in the Term Loan and the Revolving Credit Loan on December 29, 2006 by way of novation pursuant to a transfer certificate (the "**Transfer Certificate**") executed by ABN AMRO Bank N.V., as Existing Lender, and Lloyds TSB Bank plc, as New Lender. A copy of the Transfer Certificate is attached hereto.

The above transfer in respect of which the Claim arose was not made for the purpose of commencing this involuntary case against HSH Delaware L.P.


Lloyds TSB Bank plc

By: Richard Mayall
Title: Relationship Director

---

[1] The present amounts have been converted from Euro to USD as at September 7, 2009. The conversion rate was used solely for the involuntary petition and does not constitute a binding admission with respect to any claims that may be filed in the case.
[2] Capitalized terms used but not defined in this statement have the respective meanings ascribed to such terms in the Credit Agreement.

**TRANSFER CERTIFICATE**

To:     ABN AMRO BANK N.V., LONDON BRANCH as Facility Agent

From:   ABN AMRO BANK N.V. (the **Existing Lender**) and LLOYDS TSB BANK PLC (the **New Lender**)

Date:   22 December 2006

**HSH DELAWARE L.P. - €19,179,825.63 Credit Agreement
dated 19 October, 2006 (the Agreement)**

We refer to the Agreement. This is a Transfer Certificate.

1.      The Existing Lender transfers by novation to the New Lender the Existing Lender's rights and obligations referred to in the Schedule below in accordance with the terms of the Agreement.

2.      The proposed Transfer Date is 29 December 2006.

3.      The administrative details of the New Lender for the purposes of the Agreement are set out in the Schedule.

4.      The New Lender expressly acknowledges the limitations on the Existing Lender's obligations in respect of this Transfer Certificate contained in the Agreement.

5.      This Transfer Certificate may be executed in any number of counterparts and this has the same effect as if the signatures on the counterpart were on a single copy of the Transfer Certificate.

6.      This Transfer Certificate is governed by English law.

## THE SCHEDULE

**Rights and obligations to be transferred by novation:**

A participation in the Term Loan of €3,580,234.12
A participation in the Revolving Credit of €255,731.01

**Administrative details of the New Lender:**

Address:     25 Gresham Street
             London EC2V 7HN
             United Kingdom


Contact:     David.Proud
Facsimile:   +44 207 661 4790
Email:       david.proud@lloydstsb.co.uk


**ABN AMRO BANK N.V.**                            **LLOYDS TSB BANK PLC**

ABN AMRO Bank N.V.
S.P. Manusov
Executive Director                                By:

                        AE  AMRO BANK N.V.
                        Raymond Belmers
                        Director

The Transfer Date is confirmed by the Facility Agent as 29 December 2006.

**ABN AMRO BANK N.V., LONDON BRANCH**

By:

**Statement Required Under Fed. R. Bankr. P. 1003(a)**

The Royal Bank of Scotland plc is the holder of an unsecured claim in the amount of $4,685,132.92[1] as of September 7, 2009; *plus* interest from September 7, 2009; *plus* fees and expenses (the "**Claim**"), under a credit facility agreement, dated October 19, 2006, as amended by an amendment letter dated December 11, 2006 (the "**Credit Agreement**"), between HSH Delaware L.P., as Borrower, ABN AMRO Bank N.V., as Original Lender, and with ABN AMRO Bank N.V., London Branch, as Facility Agent.[2]

The Royal Bank of Scotland plc acquired a participation in the Term Loan and the Revolving Credit Loan on December 29, 2006 by way of novation pursuant to a transfer certificate (the "**Transfer Certificate**") executed by ABN AMRO Bank N.V., as Existing Lender, and The Royal Bank of Scotland plc, as New Lender. A copy of the Transfer Certificate is attached hereto.

The above transfer in respect of which the Claim arose was not made for the purpose of commencing this involuntary case against HSH Delaware L.P.

The Royal Bank of Scotland plc

By: Paul Fillmore
Title: Director, Financial Institutions, Global Restructuring Group

---

[1] The present amounts have been converted from Euro to USD as at September 7, 2009. The conversion rate was used solely for the involuntary petition and does not constitute a binding admission with respect to any claims that may be filed in the case.
[2] Capitalized terms used but not defined in this statement have the respective meanings ascribed to such terms in the Credit Agreement.

# TRANSFER CERTIFICATE

To:     ABN AMRO BANK N.V., LONDON BRANCH as Facility Agent

From:   ABN AMRO BANK N.V. (the **Existing Lender**) and The Royal Bank of Scotland plc (the **New Lender**)

Date:   22 December 2006

### HSH DELAWARE L.P. - €19,179,825.63 Credit Agreement
### dated 19 October, 2006 (the Agreement)

We refer to the Agreement. This is a Transfer Certificate.

1.      The Existing Lender transfers by novation to the New Lender the Existing Lender's rights and obligations referred to in the Schedule below in accordance with the terms of the Agreement.

2.      The proposed Transfer Date is 29 December 2006.

3.      The administrative details of the New Lender for the purposes of the Agreement are set out in the Schedule.

4.      The New Lender expressly acknowledges the limitations on the Existing Lender's obligations in respect of this Transfer Certificate contained in the Agreement.

5.      This Transfer Certificate may be executed in any number of counterparts and this has the same effect as if the signatures on the counterpart were on a single copy of the Transfer Certificate.

6.      This Transfer Certificate is governed by English law.

## THE SCHEDULE

Rights and obligations to be transferred by novation:

A participation in the Term Loan of €4,534,983.22
A participation in the Revolving Credit of €323,925.94

## Administrative details of the New Lender:

Address:        135 Bishopsgate
                EC2M 3UR London
                United Kingdom

Contact:        Liam Peek
Facsimile:      +44 207 085 2269
Email:          liam.peek@rbos.com

ABN AMRO BANK N.V.                        THE ROYAL BANK OF SCOTLAND PLC

S.P. Manusov
Executive Director

                              By:

                        ABN AMRO BANK N.V.
                          Raymond Belmers
                              Director

The Transfer Date is confirmed by the Facility Agent as 29 December 2006.

## ABN AMRO BANK N.V., LONDON BRANCH

By: