

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HSH DELAWARE L.P.,<br><br>Debtor. | Chapter 7 Involuntary<br><br>Case No. 09-13145 (PJW)<br><br>Re: Docket No. 21 |
| In re:<br><br>HSH LUXEMBOURG S.À R.L.,<br><br>Debtor. | Chapter 7 Involuntary<br><br>Case No. 09-13146 (PJW)<br><br>Re: Docket No. 21 |
| In re:<br><br>HSH LUXEMBOURG COINVEST S.À R.L.,<br><br>Debtor. | Chapter 7 Involuntary<br><br>Case No. 09-13147 (PJW)<br><br>Re: Docket No. 21 |

## ORDER CONVERTING CHAPTER 7 CASES TO CASES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

Upon the motion (the "Motion") of HSH Delaware L.P., HSH Luxembourg S.à r.l., and HSH Luxembourg Coinvest S.à r.l. (collectively, the "Movants"),[1] seeking entry of an order, pursuant to section 706(a) of the Bankruptcy Code, to convert the above-referenced chapter 7 cases to cases under chapter 11 of the Bankruptcy Code; and upon consideration of the Conversion Affidavit; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is HEREBY ORDERED THAT:

1. The Motion is granted.

2. The above-referenced chapter 7 cases are hereby converted to cases under chapter 11 of the Bankruptcy Code, effective as of the date hereof.

Dated: January 22, 2010
       Wilmington, Delaware

THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE